**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1693**

CHRISTINE M. LUCAS, Trustee Robert Lucas Family Trust,

              Plaintiff - Appellant,

        v.

JONNIE LUCAS, SR.; RICHARD HIGH, SR.; HONORABLE JUDGE JOHN
W. DEBELIUS,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Paul W. Grimm, District Judge.  (8:15-
cv-01435-PWG)

Submitted:  October 20, 2015          Decided:  October 22, 2015

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christine M. Lucas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christine M. Lucas appeals the district court's order dismissing her civil complaint for lack of jurisdiction pursuant to the Rooker-Feldman[*] doctrine. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Lucas' informal brief does not challenge the basis for the district court's disposition, Lucas has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983); Rooker v. Fid. Trust Co., 263 U.S. 413 (1923).